### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **Crim. No. 03-26 Erie** |
| | ) | **(Civil Action No. 05-113 Erie)** |
| SHERWIN LYNCH | ) | |

## JUDGMENT ORDER

And Now this ___17__ day of May, 2007, the Court having denied

Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence pursuant to

28 U.S.C. § 2255 ,

IT IS FURTHER ORDERED that final judgment of this Court is entered

pursuant to Rule 58 of the Federal Rules of Civil Procedure.


_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge